**Registration Number**

**VAu 1-540-196**

**Effective Date of Registration:**
August 21, 2024
**Registration Decision Date:**
December 05, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:** shoes flowers on boots V3 1 and 9 Other Unpublished Works

**Content Title:** shoes flowers on boots V3 1
shoes flowers on boots V3 2
shoes flowers on boots V3 3
shoes flowers on boots V3 4
shoes flowers on boots V3 5
shoes flowers on boots V3 6
shoes flowers on boots V3 7
shoes flowers on boots V3 8
shoes flowers on boots V3 9
shoes flowers on boots V3 10

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Hangzhou Yuanzu Technology Co., Ltd.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Hangzhou Yuanzu Technology Co., Ltd.
Room 19143, No. 260, Jiangshu Road, Xixing Street, Binjiang District,
Hangzhou City, Zhejiang, China

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VAu 1-540-190

**Effective Date of Registration:**
August 09, 2024
**Registration Decision Date:**
December 05, 2024

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title
_____

**Title of Group:**  shoes flowers on boots V2 1 and 9 Other Unpublished Works

**Content Title:**  shoes flowers on boots V2 1
shoes flowers on boots V2 2
shoes flowers on boots V2 3
shoes flowers on boots V2 4
shoes flowers on boots V2 5
shoes flowers on boots V2 6
shoes flowers on boots V2 7
shoes flowers on boots V2 8
shoes flowers on boots V2 9
shoes flowers on boots V2 10

## Completion/Publication
_____

**Year of Completion:**  2023

## Author
_____

- **Author:**  Hangzhou Yuanzu Technology Co., Ltd.
  **Author Created:**  Pictorial or Graphic Works
  **Work made for hire:**  Yes
  **Citizen of:**  China

## Copyright Claimant
_____

**Copyright Claimant:**  Hangzhou Yuanzu Technology Co., Ltd.
oom 19143, No. 260, Jiangshu Road, Xixing Street, Binjiang District, Hangzhou City, Zhejiang

Page 1 of 2

## Certification

**Name:** Zhuoyi Ma
**Date:** August 09, 2024

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.



VAU001540190

**Registration Number**

# VAu 1-540-196

**Effective Date of Registration:**
August 21, 2024
**Registration Decision Date:**
December 05, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:** shoes flowers on boots V3 1 and 9 Other Unpublished Works

**Content Title:**
shoes flowers on boots V3 1
shoes flowers on boots V3 2
shoes flowers on boots V3 3
shoes flowers on boots V3 4
shoes flowers on boots V3 5
shoes flowers on boots V3 6
shoes flowers on boots V3 7
shoes flowers on boots V3 8
shoes flowers on boots V3 9
shoes flowers on boots V3 10

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Hangzhou Yuanzu Technology Co., Ltd.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Hangzhou Yuanzu Technology Co., Ltd.
Room 19143, No. 260, Jiangshu Road, Xixing Street, Binjiang District,
Hangzhou City, Zhejiang, China

## Certification

        **Name:**  Zhuoyi Ma
         **Date**:  August 21, 2024

**Copyright Office notes:**  Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.



VAU001540196

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-553-039

**Effective Date of Registration:**
April 13, 2025
**Registration Decision Date:**
May 06, 2025

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title
_____

**Title of Group:** shoes flowers on boots V4-1 and 9 Other Unpublished Works

**Content Title:** shoes flowers on boots V4-1
shoes flowers on boots V4-2
shoes flowers on boots V4-3
shoes flowers on boots V4-4
shoes flowers on boots V4-5
shoes flowers on boots V4-6
shoes flowers on boots V4-7
shoes flowers on boots V4-8
shoes flowers on boots V4-9
shoes flowers on boots V4-10

## Completion/Publication
_____

**Year of Completion:** 2023

## Author
_____

- **Author:** Hangzhou Yuanzhu Technology Co., Ltd.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Hangzhou Yuanzhu Technology Co., Ltd.
Jiangshu Road, Xixing Street, Binjiang District, Hangzhou City, Zhejiang Province, China

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | zhuoyi ma |
| **Date:** | December 25, 2024 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited pictorial or graphic works only. 17 USC 101, 102(a), and 113.



shoes flowers on boots V4

## Certification

      **Name:** Zhuoyi Ma
       **Date**: August 21, 2024

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

VAU001540196

