# Amended Schedule A

| Defendant Online Marketplaces | | | |
|---|---|---|---|
| No | Seller URL | Name/Seller Alias | SKU |
| 14 | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=8018&main_goods_id=190761362&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3Dfhrewiugberibgeiruy%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5702370835&src_module=DetailBrand&src_tab_page_id=page_risk_crawler_block1765437680566&store_code=5702370835&tab=items | fhrewiugberibgeiruy | st25092254644569444 |
| | | | st25092254644544484 |
| | | | st25092254644520950 |
| | | | st25092254644550193 |
| | | | st25092254644584319 |
| | | | st25092254644501961 |
| | | | st25092254644555015 |
| | | | st25092254644562914 |
| | | | sx25091615047519003 |
| | | | sx25091615047579946 |
| | | | sx25091615047533930 |
| | | | sx25091615047522785 |
| | | | sx25091615047596022 |
| | | | sx25091615047506009 |
| | | | sx25091615047588813 |
| | | | sx25091615047585286 |
| | | | sx25093075762741446 |
| | | | sx25093075762743477 |
| | | | sx25093075762743675 |
| | | | sx25093075762737742 |
| | | | sx25111381514117108 |
| | | | sx25111381514196094 |
| | | | sx25111381514144388 |

| | | |
|---|---|---|
| | | sx251111381514138788 |
| | | sx250916222218002277 |
| | | sx250916222218008632 |
| | | sx250916222218094824 |
| | | sx250916222218031330 |
| | | sx250916222218075247 |
| | | sx250916222218012413 |
| | | sx250916222218014721 |
| | | sx250916222218072222 |