**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Hangzhou Yuanzu Technology Co., Ltd.

      Plaintiff,                        Case No.: 1:25-cv-15166

v.                                  Honorable John F. Kness

fhrewiugberibgeiruy,

      Defendant.

**PLAINTIFF'S STATUS REPORT**

Plaintiff Hangzhou Yuanzu Technology Co., Ltd. ("Plaintiff") respectfully submits this Status Report in advance of the status hearing currently set for March 5, 2026, at 9:45 a.m. (Dkt. 18).

Pursuant to the Court's Order (Dkt. 18), Plaintiff effected service on Defendant fhrewiugberibgeiruy ("Defendant") on February 6, 2026. Defendant's answer was due on February 27, 2026. To date, Defendant has not appeared or otherwise responded.

On March 2, 2026, Plaintiff filed a motion for entry of default and default judgment and, prior to filing, provided notice of the motion to the defaulting Defendant. That motion remains pending before the Court.

Plaintiff's counsel is based in China and respectfully requests leave to appear telephonically at the March 5, 2026 status hearing.

Dated: March 2, 2026                               Respectfully submitted,

                                         /s/*Qin Zhuang*

                                       Qin Zhuang

                                       Bar No. NY 5749874

                                       Building 2, Unit 1, Room 507

1

2

5 Chaoyang Road, Chaoyang

Beijing, PRC 100022

0086-155-1009-0593

zhuangqin@yuntinglaw.com

Counsel for Plaintiff